IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | All Cases in Exhibit A |

## ORDER

The Joint Motion to Dismiss Certain Defendants pending in the cases listed in Exhibit A are GRANTED. Accordingly, American College of Physicians, the National Committee for Quality Assurance and the American College of Gynecologists and Obstetricians are DISMISSED.

IT IS SO ORDERED this 16th day of January, 2009.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

4:08-cv-03717-WRW   Conner et al v. American Home Products Corporation et al

4:08-cv-03718-WRW   Cook v. American Home Products Corporation et al

4:08-cv-03719-WRW   Cook v. American Home Products Corporation et al

4:08-cv-03720-WRW   Cook v. American Home Products Corporation et al

4:08-cv-03722-WRW   Copley et al v. American Home Products Corporation et al

4:08-cv-03723-WRW   Cornell v. American Home Products Corporation et al

4:08-cv-03724-WRW   Coulter v. American Home Products Corporation et al

4:08-cv-03725-WRW   Counts v. American Home Products Corporation et al

4:08-cv-03726-WRW   Crance et al v. American Home Products Corporation et al

4:08-cv-03727-WRW   Cremeans et al v. American Home Products Corporation et al

4:08-cv-03728-WRW   Cumbridge v. American Home Products Corporation et al

4:08-cv-03729-WRW   Curry v. American Home Products Corporation et al

4:08-cv-03732-WRW   Day v. American Home Products Corporation et al

4:08-cv-03734-WRW   Deknight v. American Home Products Corporation et al

4:08-cv-03735-WRW   Delp et al v. American Home Products Corporation et al

4:08-cv-03736-WRW   Dennison et al v. American Home Products Corporation et al

4:08-cv-03737-WRW   Deskins et al v. American Home Products Corporation et al

4:08-cv-03738-WRW   Deskins et al v. American Home Products Corporation et al

4:08-cv-03739-WRW   Dienes et al v. American Home Products Corporation et al

4:08-cv-03740-WRW   Dingess et al v. American Home Products Corporation et al

4:08-cv-03741-WRW   Doczi et al v. American Home Products Corporation et al

4:08-cv-03742-WRW   Dotson et al v. American Home Products Corporation et al

4:08-cv-03743-WRW   Douglas et al v. American Home Products Corporation et al

4:08-cv-03744-WRW   Duffield et al v. American Home Products Corporation et al

4:08-cv-03745-WRW   Duffey v. American Home Products Corporation et al

4:08-cv-03746-WRW   Eads v. American Home Products Corporation et al

4:08-cv-03747-WRW   Durham et al v. American Home Products Corporation et al

4:08-cv-03748-WRW   Earl v. American Home Products Corporation et al

4:08-cv-03750-WRW   Edwards v. American Home Products Corporation et al

4:08-cv-03753-WRW   Enrietti et al v. American Home Products Corporation et al

4:08-cv-03754-WRW   Farris et al v. American Home Products Corporation et al

4:08-cv-03755-WRW   Fauber et al v. American Home Products Corporation et al

4:08-cv-03757-WRW   Evans v. American Home Products Corporation et al

4:08-cv-03759-WRW   Fisher v. American Home Products Corporation et al

4:08-cv-03761-WRW   Fisher et al v. American Home Products Corporation et al

4:08-cv-03762-WRW   Fisher v. American Home Products Corporation et al

4:08-cv-03763-WRW   Fleming v. American Home Products Corporation et al

4:08-cv-03764-WRW   Forbes v. American Home Products Corporation et al

4:08-cv-03767-WRW   Frye et al v. American Home Products Corporation et al

4:08-cv-03768-WRW   Furman et al v. American Home Products Corporation et al

4:08-cv-03769-WRW   Gandee v. American Home Products Corporation et al

4:08-cv-03770-WRW   Garrison v. American Home Products Corporation et al

4:08-cv-03771-WRW   Gibbs et al v. American Home Products Corporation et al

4:08-cv-03772-WRW   Ginn et al v. American Home Products Corporation et al

4:08-cv-03773-WRW   Gill v. American Home Products Corporation et al

4:08-cv-03775-WRW   Godwin et al v. American Home Products Corporation et al

4:08-cv-03777-WRW   Goodman et al v. American Home Products Corporation et al

4:08-cv-03778-WRW   Gould et al v. American Home Products Corporation et al

4:08-cv-03780-WRW   Graham v. American Home Products Corporation et al

4:08-cv-03781-WRW   Granato et al v. American Home Products Corporation et al

4:08-cv-03782-WRW   Gray et al v. American Home Products Corporation et al

4:08-cv-03783-WRW   Green et al v. American Home Products Corporation et al

4:08-cv-03784-WRW   Green et al v. American Home Products Corporation et al

4:08-cv-03785-WRW   Green et al v. American Home Products Corporation et al

4:08-cv-03786-WRW   Grim et al v. American Home Products Corporation et al

4:08-cv-03787-WRW   Haga et al v. American Home Products Corporation et al

4:08-cv-03789-WRW   Hager v. American Home Products Corporation et al

4:08-cv-03793-WRW   Hamon et al v. American Home Products Corporation et al

4:08-cv-03794-WRW   Hardy v. American Home Products Corporation et al

4:08-cv-03797-WRW   Harman et al v. American Home Products Corporation et al

4:08-cv-03798-WRW   Harper v. American Home Products Corporation et al

4:08-cv-03799-WRW   Harris v. American Home Products Corporation et al

4:08-cv-03800-WRW   Harford v. American Home Products Corporation et al

4:08-cv-03801-WRW   Hartley et al v. American Home Products Corporation et al

4:08-cv-03804-WRW   Hayden et al v. American Home Products Corporation et al

4:08-cv-03805-WRW   Haynes et al v. American Home Products Corporation et al

4:08-cv-03806-WRW   Henrich v. American Home Products Corporation et al

4:08-cv-03807-WRW   Henson et al v. American Home Products Corporation et al

4:08-cv-03918-WRW   Samples v. American Home Products Corporation et al

4:08-cv-03927-WRW   Scarbro et al v. American Home Products Corporation et al

4:08-cv-03928-WRW   Schmidt et al v. American Home Products Corporation et al

4:08-cv-03929-WRW   Schagat et al v. American Home Products Corporation et al

4:08-cv-03930-WRW   Schaffer et al v. American Home Products Corporation et al

4:08-cv-03931-WRW   Schultz et al v. American Home Products Corporation et al

4:08-cv-03932-WRW   Scott et al v. American Home Products Corporation et al

4:08-cv-03933-WRW   Seabolt et al v. American Home Products Corporation et al

4:08-cv-03934-WRW   Sexton et al v. American Home Products Corporation et al

4:08-cv-03935-WRW   Shaffer et al v. American Home Products Corporation et al

4:08-cv-03936-WRW   Shamblin et al v. American Home Products Corporation et al

4:08-cv-03937-WRW   Shiels v. American Home Products Corporation et al

4:08-cv-03939-WRW   Shumar v. American Home Products Corporation et al

4:08-cv-03940-WRW   Siders et al v. American Home Products Corporation et al

4:08-cv-03942-WRW   Simpson et al v. American Home Products Corporation et al

4:08-cv-03944-WRW   Smith et al v. American Home Products Corporation et al

4:08-cv-03945-WRW   Smith v. American Home Products Corporation et al

4:08-cv-03947-WRW   Sloan et al v. American Home Products Corporation et al

4:08-cv-03948-WRW   Skaggs v. American Home Products Corporation et al

4:08-cv-03949-WRW   Smith v. American Home Products Corporation et al

4:08-cv-03950-WRW   Spainhour et al v. American Home Products Corporation et al

4:08-cv-03951-WRW   Smith et al v. American Home Products Corporation et al

4:08-cv-03952-WRW   Stamper et al v. American Home Products Corporation et al

4:08-cv-03955-WRW   Stanley v. American Home Products Corporation et al

4:08-cv-03957-WRW   Starr v. American Home Products Corporation et al

4:08-cv-03958-WRW   Steele et al v. American Home Products Corporation et al

4:08-cv-03959-WRW   Steen et al v. American Home Products Corporation et al

4:08-cv-03961-WRW	Stroehman et al v. American Home Products Corporation et al

4:08-cv-03964-WRW	Stowers et al v. American Home Products Corporation et al

4:08-cv-03966-WRW	Summerville v. American Home Products Corporation et al

4:08-cv-03968-WRW	Sutphin v. American Home Products Corporation et al

4:08-cv-03970-WRW	Sweeney et al v. American Home Products Corporation et al

4:08-cv-03972-WRW	Taisacan v. American Home Products Corporation et al

4:08-cv-03974-WRW	Talbert v. American Home Products Corporation et al

4:08-cv-03976-WRW	Taylor v. American Home Products Corporation et al

4:08-cv-03978-WRW	Taylor v. American Home Products Corporation et al

4:08-cv-03980-WRW	Taylor v. American Home Products Corporation et al

4:08-cv-03984-WRW	Tenney et al v. American Home Products Corporation et al

4:08-cv-03986-WRW	Thomas et al v. American Home Products Corporation et al

4:08-cv-03990-WRW	Thompson et al v. American Home Products Corporation et al

4:08-cv-03992-WRW	Thompson et al v. American Home Products Corporation et al

4:08-cv-03994-WRW	Traeger v. American Home Products Corporation et al

4:08-cv-03995-WRW	Tooley et al v. American Home Products Corporation et al

4:08-cv-03996-WRW	Murphy v. American Home Products Corporation et al

4:08-cv-04000-WRW	Tomblin v. American Home Products Corporation et al

4:08-cv-04003-WRW	Tilson et al v. American Home Products Corporation et al

4:08-cv-04005-WRW	Tilley et al v. American Home Products Corporation et al

4:08-cv-04007-WRW	Tickle v. American Home Products Corporation et al

4:08-cv-04008-WRW	Turley et al v. American Home Products Corporation et al

4:08-cv-04009-WRW	Upton et al v. American Home Products Corporation et al

4:08-cv-04013-WRW	Tuttle v. American Home Products Corporation et al

4:08-cv-04015-WRW   Tucker et al v. American Home Products Corporation et al

4:08-cv-04017-WRW   Utt et al v. American Home Products Corporation et al

4:08-cv-04019-WRW   Truman et al v. American Home Products Corporation et al

4:08-cv-04024-WRW   Vance et al v. American Home Products Corporation et al

4:08-cv-04025-WRW   Vice et al v. American Home Products Corporation et al

4:08-cv-04027-WRW   Walker et al v. American Home Products Corporation et al

4:08-cv-04028-WRW   Wallace et al v. American Home Products Corporation et al

4:08-cv-04030-WRW   Walker et al v. American Home Products Corporation et al

4:08-cv-04033-WRW   Waller v. American Home Products Corporation et al

4:08-cv-04038-WRW   Ward et al v. American Home Products Corporation et al

4:08-cv-04041-WRW   Watt et al v. American Home Products Corporation et al

4:08-cv-04044-WRW   Watts et al v. American Home Products Corporation et al

4:08-cv-04046-WRW   Weaver et al v. American Home Products Corporation et al

4:08-cv-04049-WRW   Weaver et al v. American Home Products Corporation et al

4:08-cv-04050-WRW   Weekley v. American Home Products Corporation et al

4:08-cv-04052-WRW   Weis et al v. American Home Products Corporation et al

4:08-cv-04055-WRW   Westfall v. American Home Products Corporation et al

4:08-cv-04058-WRW   Wheeler et al v. American Home Products Corporation et al